IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SURY NAYELI RODAS TREJO, *

Petitioner, *

v. * Civil Action No. GLR-26-3849

TODD BLANCHE, et al., *

Respondents. *

*
***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of November, 2026 by the United States District Court for the District of Maryland, hereby:

ORDERED that Petitioner Sury Nayeli Rodas Trejo's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

IT IS FURTHER ORDERED that Respondents Todd Blanche, Markwayne Mullin, Todd M. Lyons, and Robert Gaudian (collectively, "Respondents") shall RELEASE Rodas Trejo from immigration custody by **5:00 p.m. today, November 5, 2026**, under the same conditions of release that were in place before her arrest on September 29, 2026;

IT IS FURTHER ORDERED that Respondents shall FILE a status report no later than 5:00 p.m. on November 6, 2026, confirming compliance with this Order; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce compliance with this Order.

/s/
George L. Russell, III
Chief United States District Judge